Opinion issued March 1, 2007 


 



 


 



In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-06-00881-CR

 01-06-00882-CR

____________


JOSE HUGO AGUIRRE, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 262nd District Court 

Harris County, Texas

Trial Court Cause Nos. 1058299 and 1058300






MEMORANDUM OPINION

 Appellant, Jose Hugo Aguirre, pleaded guilty to two separate felony offenses
of possession of a controlled substance, and, in accordance with his plea bargain
agreements with the State, the trial court sentenced appellant to confinement for 10
years in each case. Appellant filed timely pro se notices of appeal. 

 In a plea-bargained case in which the punishment assessed does not exceed the
plea agreement, a defendant may appeal only those matters that were raised by written
motion filed and ruled on before trial, or after obtaining the trial court's permission
to appeal. Griffin v. State, 145 S.W.3d 645, 648-49 (Tex. Crim. App. 2004); Cooper
v. State, 45 S.W.3d 77, 80 (Tex. Crim. App. 2001); Tex. R. App. P. 25.2(a)(2).

 We also note that appellant waived his right to appeal in each case. See Buck
v. State, 45 S.W.3d 275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.). There
is nothing in the record indicating that appellant's waiver of his right to appeal was
not voluntarily, knowingly, and intelligently made. There is also nothing indicating
that the trial court gave its consent for an appeal. 

 Accordingly, we dismiss the appeals in cause numbers 1058299 and 1058300
for lack of jurisdiction. 

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish.